1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH L. STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (415) 977-8995
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ALICIA MADRIGAL, | Case No. 1:18-cv-00423-EPG |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Alicia Madrigal (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is December 27, 2018. The new due date will be January 28, 2019 (because the thirtieth day, January 26, 2019, is a Saturday). The parties further stipulate that all other dates will be extended accordingly.

Defendant requests this extension because the attorney responsible for briefing this case is new to the office of the undersigned, requiring additional time for review by the undersigned attorney, who remains counsel of record. Furthermore, both the undersigned counsel for

| | |
|---|---|
| 1 | Defendant and the attorney responsible for drafting Defendant's brief have pre-scheduled leave |
| 2 | (occasioned in part by end-of-year "use or lose" leave), which will include the week leading up to |
| 3 | the current due date of December 27, 2018.  For all these reasons, Defendant requires an |
| 4 | additional 30 days to prepare and file her Opposition to Plaintiff's Opening Brief.  Plaintiff has no |
| 5 | objection to this request.  This request is made in good faith with no intention to unduly delay the |
| 6 | proceedings. |

Respectfully submitted,

*s/ Laura Krank*
LAURA KRANK
Attorney for Plaintiff
(by email authorization)

MCGREGOR W. SCOTT
United States Attorney

DATE: December 19, 2018          By     *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing, Defendant shall have an extension of time of thirty (30) days to file her responsive brief. All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **December 20, 2018**

/s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE