Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Alicia Madrigal

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALICIA MADRIGAL, | ) | Case No.: 1:18-cv-00423-EPG (SS) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED |
| | ) | ORDER FOR THE AWARD AND |
| vs. | ) | PAYMENT OF ATTORNEY FEES |
| | ) | AND EXPENSES PURSUANT TO |
| NANCY A. BERRYHILL, Acting | ) | THE EQUAL ACCESS TO JUSTICE |
| Commissioner of Social Security, | ) | ACT, 28 U.S.C. § 2412(d) AND |
| | ) | COSTS PURSUANT TO 28 U.S.C. § |
| Defendant. | ) | 1920 |
| | ) | |
| _____ | ) | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE
OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their
undersigned counsel, subject to the approval of the Court, that Alicia Madrigal be
awarded attorney fees in the amount of Four Thousand Five Hundred Twenty Two
and Eighty cents  ($4,522.80) under the Equal Access to Justice Act (EAJA), 28
U.S.C. § 2412(d).  This amount represents compensation for all legal services
rendered on behalf of Plaintiff by counsel in connection with this civil action, in
accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Alicia Madrigal, the government will consider the matter of Alicia Madrigal's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Alicia Madrigal, but if the Department of the Treasury determines that Alicia Madrigal does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Alicia Madrigal.[1] Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Alicia Madrigal's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Alicia Madrigal and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 4, 2019                Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*

BY:_____
Laura E. Krank
Attorney for plaintiff Alicia Madrigal

DATED: June 4, 2019           MCGREGOR W. SCOTT
United States Attorney

/s/ *Daniel P. Talbert*

_____
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner
of Social Security (Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

Dated:  **June 11, 2019**           /s/ *Erica P. Groj*
                                 UNITED STATES MAGISTRATE JUDGE